No. 398. Manassas Battlefield Confederate Park, Inc., E. W. R. Ewing, President, etc., et al. *v.* B. Lynn Robertson, W. E. Trussler, et al. Error to the Supreme Court of Appeals of the State of Virginia. Motion to dismiss submitted April 25, 1927. Decided May 2, 1927. *Per Curiam.* Writ of error dismissed for want of a final judgment in the Supreme Court of Appeals of Virginia under § 237 of the Judicial Code, as amended by the Act of February 13, 1925, 43 Stat. 936, and on the authority of *Missouri & Kansas Interurban Railway v. City*

of Olathe, 222 U. S. 185. *Messrs. Morgan H. Beach,
Thomas R. Keith,* and *Robert A. Hutchison* for defend-
ants in error, in support of the motion. *Messrs. E. W. R.
Ewing, pro se,* and *Charles A. Douglas* for plaintiffs in
error, in opposition thereto.